# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOHN AND JUDITH TAYLOR | : | No. 618 MAL 2019 |
| | : | |
| v. | : | |
| | : | Petition for Allowance of Appeal |
| FRENCH CREEK GOLF CLUB, LP; | : | from the Order of the Superior |
| BAINBRIDGE 4500 PARTNERS, LP; | : | Court |
| DORMIER PARTNERS, INC.; | : | |
| GOOD FOOT BAND; LEON SPENCER; | : | |
| CHUCK WHITEMAN; JAMES LITTMAN; | : | |
| DAVID ZIPSE; JOHN MCGOVERN; JOHN | : | |
| T. WHITELEY, III | : | |
| | : | |
| FRENCH CREEK GOLF LINKS, LP; | : | |
| BAINBRIDGE 4500 PARTNERS, LP AND | : | |
| DORMIER PARTNERS, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| KIMBERTON HUNT CLUB | : | |
| | : | |
| | : | |
| PETITION OF: JOHN AND JUDITH | : | |
| TAYLOR | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.